**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff - Appellee,<br><br>　v.<br><br>ALFREDO GOMEZ-MARTINEZ,<br><br>　　　　　　Defendant - Appellant. | No. 15-10288<br><br>D.C. No. 4:14-cr-00868-RCC<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
Raner C. Collins, Chief Judge, Presiding

Submitted July 26, 2016[**]

Before:     SCHROEDER, CANBY, and CALLAHAN, Circuit Judges.

Alfredo Gomez-Martinez appeals from the district court's judgment and

challenges his guilty-plea conviction and 57-month sentence for reentry of a

removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*,

386 U.S. 738 (1967), Gomez-Martinez's counsel has filed a brief stating that there

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

are no grounds for relief, along with a motion to withdraw as counsel of record. Gomez-Martinez has filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.** All other pending motions are denied.

**AFFIRMED.**